&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __HSI and IRS__

City __DANVERS__   **Related Case Information:**

County __ESSEX__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-MJ-5007-JGD and attached__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __TRUNG NGUYEN__   Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name   __"DC420"__

Address   (City & State) __DANVERS, MASSACHUSETTS__

Birth date (Yr only): __1976__   SSN (last4#): __3433__   Sex __M__   Race: __Asian__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   __SETH B. KOSTO__   Bar Number if applicable   __641044__

Interpreter:   ☑ Yes   ☑ No   List language and/or dialect: _____

Victims:   ☐ Yes   ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   05/30/2023   Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 1960(a),(b)(1)(B),(C | Unlicensed money remission | 1 |
| Set 2 | 18 USC § 1956(a)(1)(B)(i) | Money laundering | 2 |
| Set 3 | 18 USC § 1956(a)(3)(B) | Money laundering | 3 |
| Set 4 | 18 USC § 982(a)(1) | Forfeiture Allegations | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ADDITIONAL SEARCH WARRANTS:

21-MJ-5008-JGD
21-MJ-5009-JGD
21-MJ-5416-JGD