AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
TRUNG NGUYEN,
a/k/a "DCS420"

Case No. 23-CR-10148

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TRUNG NGUYEN, a/k/a "DCS420",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1960(a) - operating an unlicensed money transmitting business
18 U.S.C. § 1956(a)(1)(B)(i) - money laundering
18 U.S.C. § 1956(a)(3)(B) - money laundering

Date: 05/30/2023

*Issuing officer's signature*

City and state: Boston, Massachusetts

Honorable M. Page Kelley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*