UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 23-10148-RGS

UNITED STATES OF AMERICA

v.

TRUNG NGUYEN

ORDER ON DEFENDANT'S MOTION
FOR BAIL PENDING APPEAL

July 17, 2025

STEARNS, D.J.

Sensitive to the time constraints involved, the court will deny the motion without extensive comment or elaboration on what was said at Nguyen's sentencing hearing. There is no dispute that defendant Nguyen does not represent a risk of flight or pose a danger to the community if released to await resolution of his appeal to the First Circuit. However, he fails to satisfy the critical second element of 18 U.S.C. § 3143(b), namely that his appeal raises "a substantial question of law" likely to result in a reduction of sentence to a time less than that he will likely serve. *See United States v. Colon-Munoz*, 292 F.3d 18, 20 (1st Cir. 2002). The court has read defendant's most recent submission carefully and discerns no new argument that was not raised and rejected in the denial of his motion for a new trial.

ORDER

For the foregoing reasons, the Motion for Bail Pending Appeal is <u>DENIED</u>.

                      SO ORDERED.

                      <u>/s/ Richard G Stearns</u>
                      UNITED STATES DISTRICT JUDGE